

CLERK USDC EDWI
FILED

2022 APR -5 P 1:24

*Title Dispute / Notice to Remove from State Court*

# COMPLAINT
### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

: Marcus- Dentelle: Cannon-

v.

(Full name of defendant(s))

Robert J. Reigelman
John P. Serketich
Eugene A. Gasiorkiewicz

Case Number: **22-C-0422**

(to be supplied by Clerk of Court)

A.  **PARTIES**

1.  Plaintiff is a citizen of _____Wisconsin_____ and resides at
    (State)

    1300 Perry avenue 85342 Racine Wisconsin [53408]
    (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.  Defendant Robert Reigelman, John Y Serketich Eugene Gasiorkiewicz
    (Name)

Case 2:22-cv-00422-BHL    Filed 04/05/22    Page 1 of 5    Document 1

is (if a person or private corporation) a citizen of _____ Wisconsin _____

<span style="padding-left:3em">(State, if known)</span>

and (if a person) resides at _____ 730 Wisconsin Av Racine Wi [53403]

<span style="padding-left:3em">(Address, if known)</span>

and (if the defendant harmed you while doing the defendant's job)

worked for _____ N/A _____

<span style="padding-left:3em">(Employer's name and address, if known)</span>

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Robert Reigelman Registered MY Property (Jan 31, 2011) Title of 1040 Birch Street to an Agency without My Permission, Title is to be delivered to Purchaser caused my Property to become reclassified. On March 2022 John P. Serketich (Juristiction is Lack) conflict of Interest initiated TAX foreclosure. I have Title Dispute, Title Stolen And Need Returned.

Eugene A. Gasiorkiewicz conflict of Interest (Works for State)

Complaint – 2

2. Federal Law / Juristiction challenge Im Also hold Allodial Title to my Home Land, Patent, State Refuse To allow Filing.

Complaint – 3

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _90,000_ .

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Order Defendants to "Give" Return My home title, Award for time And harrassment $75,000

Case 2:22-cv-00422-BHL    Filed 04/05/22    Page 4 of 5    Document 1

E.   JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ day of _____ 20_____.

Respectfully Submitted,

_____
Signature of Plaintiff

_779 – 475-7070_
Plaintiff's Telephone Number

cannorestate @ Protonmail.com
Plaintiff's Email Address

_1300 Perry Avenue Racine, Wisconsin_
_53408      #85342_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5